ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: May 25, 2017
START: 3:00 pm
END: 3:35 pm

DOCKET NO: 16 CV 5178
CASE: Farmer v. Woodside Optical

☐ INITIAL CONFERENCE
☑ DISCOVERY CONFERENCE
☐ SETTLEMENT CONFERENCE
☑ MOTION HEARING
☐ OTHER/ORDER TO SHOW CAUSE
☐ FINAL/PRETRIAL CONFERENCE
☑ TELEPHONE CONFERENCE
☐ INFANT COMPROMISE HEARING

| PLAINTIFFS | ATTORNEY |
|---|---|
|  | Song Chen |
|  |  |
|  |  |

| DEFENDANTS |  |
|---|---|
|  | David Berger |
|  | Biancadin |
|  |  |

☑ FACT DISCOVERY TO BE COMPLETED BY June 16, 2017
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, the Court denies without prejudice plaintiff's motion to compel (DE #24), which does not specify which particular categories of documents are still in dispute, following defendants' two supplemental productions, and the legal basis for plaintiff's entitlement to such documents. Plaintiff will renew his motion by close of business tomorrow. Defendants' response is due by close of business on May 30, 2017.

Fact discovery is extended to June 16, 2017. The deadline for the parties to file a joint proposed summary judgment briefing schedule is extended to June 23, 2017.